UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALERIE CLARK, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| V. | : | Civil No. _____ |
| | : | |
| LVNV FUNDING, | : | |
| | : | January 8, 2013 |
| DEFENDANT. | : | |

### NOTICE OF REMOVAL

Defendant LVNV Funding hereby gives notice that this action is removed from the State of Connecticut Superior Court Small Claims Session, New London Judicial District, to the United States District Court for the District of Connecticut, pursuant to 28 U.S.C. §§ 1441 and 1446.  In support thereof, and for the purpose of removal only, Defendant states as follows:

1. On December 11, 2012, Defendant was served with a Small Claims Writ and Notice of Suit in the above-entitled matter.  Copies of all process, pleadings and other papers served upon Defendant are attached hereto as Exhibit A.

2. The parties to this action are, as follows:

    A. Plaintiff, Valerie Clark is a citizen of the State of Connecticut.

    B. Defendant LVNV Funding is a corporation with its principal place of business in Greenville, South Carolina.

3. Plaintiff alleges violations of the federal Fair Credit Reporting Act ("FCRA") against Defendant in her Complaint.

4. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331.

5.  Pursuant to 28 U.S.C. §§ 1441, *et seq.*, this cause may be removed to the United States District Court for the District of Connecticut.

6.  Plaintiff does not allege any state law claims against Defendant.

7.  As required by 28 U.S.C. § 1446(d), Defendant will give notice of the filing of this notice to the Plaintiff and to the clerk of the Superior Court Small Claims Session in and for the Judicial District of New London, where the action is now pending.  A copy of the Notice to State Court of Filing of the Notice of Removal is attached as Exhibit B.

WHEREFORE, Defendant, by counsel, removes the subject action from the State of Connecticut Superior Court Small Claims Session, New London Judicial District, to the United States District Court for the District of Connecticut.

DEFENDANT
LVNV FUNDING

By: _____/s/_____
    Jonathan D. Elliot

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd.
Bridgeport, CT 06604
Tel: 203-333-9441
Fax: 203-333-1489
Email: jelliot@znclaw.com

Its Attorney

## **CERTIFICATION**

This is to certify that on January 8, 2013, a copy of the foregoing **Notice of Removal** was filed with the court in accordance with the court's filing policies and procedures and was sent via U.S. First Class Mail, postage prepaid, on this date, to:

> Valerie Clark
> 4 Birch Circle #3
> Colchester, CT 06415

Dated at Bridgeport, Connecticut on this 9th day of January 2013.



_____/s/_____
Jonathan D. Elliot