# EXHIBIT B

| | |
|---|---|
| RETURN DATE: _____ | : SUPERIOR COURT SMALL<br>: CLAIMS SESSION |
| VALERIE CLARK, | : |
|         Plaintiff, | : JUDICIAL DISTRICT OF<br>: NEW LONDON |
| v. | : |
| | : AT NEW LONDON |
| LVNV FUNDING, | : |
|         Defendant. | : JANUARY 9, 2013 |

### NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, on January 9, 2013, Defendant LVNV Funding through its undersigned counsel, filed in the United States District Court for the District of Connecticut, a Notice of Removal in the above-captioned matter. With this filing, this action now stands removed from the Superior Court Small Claims Session, New London Judicial District, to the United States District Court for the District of Connecticut. A copy of the Notice of Removal is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE THAT a copy of the Notice of Removal is being filed with the Clerk of the Superior Court Small Claims Session for the Judicial District of New London at New London.

                                 DEFENDANT
                                 LVNV FUNDING

                  By: _____/s/_____
                         Jonathan D. Elliot

                         Zeldes, Needle & Cooper, P.C.
                         1000 Lafayette Blvd.
                         Bridgeport, CT 06601
                         Tel: 203-333-9441
                         Fax: 203-333-1489
                         e-mail: jelliot@znclaw.com

                 Its Attorney

## CERTIFICATION

This is to certify that on January 9, 2013, a copy of the foregoing **Notice to State Court of Filing of Notice of Removal** was filed with the court in accordance with the court's filing policies and procedures and was sent via U.S. First Class Mail, postage prepaid, on this date, to:

>Valerie Clark
>4 Birch Circle #3
>Colchester, CT 06415

Dated at Bridgeport, Connecticut on this 9th day of January 2013.

>_____/s/_____
>Jonathan D. Elliot